MR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CMC

FILED
MAY 2 3 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dallas Buyers Club, LLC

Plaintiff(s)

v.

Doe 29, ip address 71.194.194.209

Defendant(s)

Case No. 14-cv-2153

Motion to vacate/quash Subpoena

Now comes John Doe, user of I.P. address: 71.194.194.209 and motion to vacate/quash the Subpoena issued to Comcast Cable Communications, LLC ("Comcast") received by John Doe on 05 May 2014, states as follows:

1) John Doe, as a subscriber or user of I.P. address 71.194.194.209, requests that the court vacate/quash the Subpoena to the U.S. District Court and pursuant on 6/04/14 presented by Comcast.

2) The subpoena should be quashed/vacated because it violates the Privacy Act and John Doe is a third party which a verified petition is required.

3) U.S. District Court permits discovery " for the sole purpose of ascertaining the identity of one who may be responsible for damages." The Subpoena issued to Comcast is overly broad as it seeks the information/identity of John Doe and not the actual perpetrator. No knowledge of such infringement was know by John Doe (71.194.194.209) due to the fact that anyone was allowed access to the Wifi near the vacinity where John Doe resides.

"Wherefore, John Doe (71.194.194.209) respectfully requests this court to quash/vacate the Subpoena issued to Comcast.