## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC

                          Plaintiff,

v.                                                   Case No.: 1:14–cv–02153
                                                             Honorable Amy J. St. Eve

Does 1–39, et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 6/5/2014. Doe 29's motion to vacate/quash subpoena [14] is denied as moot. Status hearing set for 6/12/14 is stricken and reset to 7/9/14 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.